BIRMINGHAM HIDE & TALLOW CO.

v.

Charles SPURLIN

2130499

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

Brian GALLOWAY

v.

Angela GALLOWAY

2130507

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

Charles F. TIPTON et al.

v.

FEDERAL NAT'L MORTG. ASS'N

2130531

Court of Civil Appeals of Alabama.

01/26/2015

Dismissed

OFFICE MAX, INC.

v.

Sandra RICHEY and Academy, Ltd.

2130537

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

John Charles GRAY

v.

Andrea F. GRAY

2130541

Court of Civil Appeals of Alabama.

03/20/2015

Affirmed